# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IMAGELINE, INC. ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:09-CV-1092 HTW |
| GREG BULMASH, individually, ) | |
| ZAZZLE.COM, INC., SHERYL A. ) | |
| GRAHAM, individually, ) | |
| and John Does 1-10, ) | |
| Defendants. ) | |
| ) | |

## STIPULATED DISMISSAL WITH PREJUDICE OF ZAZZLE.COM, INC.

Plaintiff Imageline, Inc. and Defendant Zazzle.com, Inc. hereby stipulate, by and through their respective counsel, to the dismissal with prejudice of Defendant Zazzle, Inc. from this action and all claims therein pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party is to bear its own costs, expenses, and attorneys' fees.

[Signatures on next page]

1

Respectfully submitted, this 7th day of June, 2010.

PLAINTIFF IMAGELINE, INC.

/s/ Carolyn E. Wright
_____
Carolyn A. Wright
Georgia Bar No. 777718
Evan A. Andersen
Georgia Bar No. 377422

**LAW OFFICE OF**
**CAROLYN E. WRIGHT, LLC**
P.O. Box 250208
Atlanta, GA 30325
Telephone: 404-496-6606
Facsimile: 775-588-5961
Email: eandersen@cewrightlaw.com

DEFENDANT ZAZZLE.COM, INC.

s/ Samuel J. Najim
_____
Samuel J. Najim
Georgia Bar No. 534209
David C. Kiernan
Georgia Bar No. 417414
Ashley H. Wilkes
Georgia Bar No. 558969

**JONES DAY**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email: awilkes@jonesday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      This 7th day of June, 2010.

                                          /s/ Carolyn E. Wright
                                          _____

**CERTIFICATION OF SIZE AND FONT**

Counsel for Plaintiff hereby certifies, as required by LR 7.1(D), that this document and its exhibits have been prepared with Times New Roman 14-point font, one of the font and point selections approved by the court in LR 5.1(C).

This 7th day of June, 2010.

                                                Respectfully submitted,

                                                **LAW OFFICE OF**
                                                **CAROLYN E. WRIGHT, LLC**

                                                s/ Carolyn E. Wright
                                                _____
                                                Carolyn E. Wright
                                                Georgia Bar No. 777718
                                                Evan A. Andersen
                                                Georgia Bar No. 377422
                                                *Attorneys for Plaintiff*

P.O. Box 250208
Atlanta, Georgia 30325
(775) 588-5147 (telephone)
(775) 588-5961 (facsimile)
cewright@cewrightlaw.com
eandersen@cewrightlaw.com