UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IMAGELINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 1:09-CV-1092** |
| | ) | |
| v. | ) | |
| | ) | |
| GREG BULMASH, individually, | ) | |
| ZAZZLE.COM, INC., SHERYL A. | ) | |
| GRAHAM, individually, | ) | |
| and John Does 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**STIPULATED DISMISSAL WITH PREJUDICE
OF DEFENDANT GREG BULMASH**

Plaintiff Imageline, Inc. and Defendant Greg Bulmash hereby stipulate, by and through their respective counsel, to the dismissal, with prejudice, of Defendant Greg Bulmash from this action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties have reached a confidential settlement, without admission of liability, and with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted this 23rd day of March 2011.

<table>
<tr><td>

*/s/Jay S. Bulmash*
Jay S. Bulmash
Law Offices of Jay S. Bulmash
16242 Walrus Lane
Huntington Beach, CA  92649-2546
Telephone:  (714) 840-8858
Facsimile:   (714) 840-8477
jay@bulmash.com

and

Joel D. Myers
Georgia Bar No. 533147
Myers Business Law, LLC
Two Ravinia Drive
Suite 500
Atlanta, GA 30346
myersiplaw@yahoo.com

**Attorneys for Defendant
Greg Bulmash**

</td><td>

*/s/Jeffrey S. Boyles*
John B. Merchant, III
Georgia Bar No. 533511
The Merchant Law Firm, P.C.
75 West Wieuca Road, N.E.
Atlanta, GA 30342
Telephone: (404) 510-9936
Facsimile: (404) 592-4614
john@merchantlawfirmpc.com

and

Jeffrey S. Boyles
Florida Bar No. 722308
Allen, Dyer, Doppelt,
Milbrath & Gilchrist, P.A.
255 S. Orange Avenue, Ste. 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343
jboyles@addmg.com

**Attorneys for Plaintiff,
Imageline, Inc.**

</td></tr>
</table>

## CERTIFICATION OF SIZE AND FONT

Counsel for Plaintiff hereby certifies, as required by LR 7.1(D), that this document and its exhibits have been prepared with Times New Roman 14-point font, one of the font and point selections approved by the court in LR 5.1(C).

Respectfully submitted this 23rd day of March 2011.

| | |
|---|---|
| */s/Jay S. Bulmash* | */s/Jeffrey S. Boyles* |
| Jay S. Bulmash | John B. Merchant, III |
| Law Offices of Jay S. Bulmash | Georgia Bar No. 533511 |
| 16242 Walrus Lane | The Merchant Law Firm, P.C. |
| Huntington Beach, CA  92649-2546 | 75 West Wieuca Road, N.E. |
| Telephone:  (714) 840-8858 | Atlanta, GA 30342 |
| Facsimile:   (714) 840-8477 | Telephone: (404) 510-9936 |
| jay@bulmash.com | Facsimile: (404) 592-4614 |
| | john@merchantlawfirmpc.com |
| and | |
| | and |
| Joel D. Myers | |
| Georgia Bar No. 533147 | Jeffrey S. Boyles |
| Myers Business Law, LLC | Florida Bar No. 722308 |
| Two Ravinia Drive | Allen, Dyer, Doppelt, |
| Suite 500 | Milbrath & Gilchrist, P.A. |
| Atlanta, GA 30346 | 255 S. Orange Avenue, Ste. 1401 |
| myersiplaw@yahoo.com | Orlando, Florida 32801 |
| | Telephone: (407) 841-2330 |
| **Attorneys for Defendant** | Facsimile: (407) 841-2343 |
| **Greg Bulmash** | jboyles@addmg.com |
| | |
| | **Attorneys for Plaintiff,** |
| | **Imageline, Inc.** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2011, I have electronically filed this STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT GREG BULMASH with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey S. Boyles
Allen, Dyer, Doppelt,
Milbrath & Gilchrist, P.A.
255 S. Orange Avenue, Ste. 1401
Orlando, Florida 32801
jboyles@addmg.com

and

John B. Merchant, III
Georgia Bar No. 533511
The Merchant Law Firm, P.C.
75 West Wieuca Road, N.E.
Atlanta, GA 30342
john@merchantlawfirmpc.com

**Attorneys for Plaintiff**

Joel D. Myers
Myers Business Law, LLC
Two Ravinia Drive
Suite 500
Atlanta, GA 30346
myersiplaw@yahoo.com

**Attorneys for Defendant
Greg Bulmash**

 

*/s/Jay S. Bulmash*
Jay S. Bulmash

4